FILED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12CR1112-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | |
| FRANCISCO MARTINEZ and SUSANA CRUZ MARTINEZ, | ) ) ) | Title 8, U.S.C., Sec. 1324(a)(1)(A)(iii) and (v)(II) – Harboring Illegal Aliens; Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer; Title 8, U.S.C., Sec. 1324(b) and Title 18, U.S.C., Secs. 982(a)(6) and 982(b) – Criminal Forfeiture |
| Defendants. | ) | |

The United States Attorney charges:

Count 1

On or about February 24, 2009, in the Southern District of California, the defendant, FRANCISCO MARTINEZ knowing and in reckless disregard of the fact that an alien, namely, Vera Hernandez Garcia, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (v)(II).

//
//
//

Count 2

On or about February 23, 2010, within the Southern District of California, defendant SUSANA CRUZ MARTINEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts, in that she did represent and state to a Department of Homeland Security, Homeland Security Investigations Special Agent that she did not know and had not met an individual known to federal authorities by the name Miguel Angel Mejia-Bonilla, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of 18 U.S.C. § 1001.

Criminal Forfeiture

1. The aforementioned allegations under Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982(a)(6).

2. As a result of the commission of the offenses alleged in this information, defendant FRANCISCO MARTINEZ shall, upon conviction, forfeit to the United States all his rights, title and intent in the gross proceeds of the violation, to wit, $15,000 in U.S. currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;

2

1          (c) has been placed beyond the jurisdiction of the Court;
2          (d) has been substantially diminished in value; or
3          (e) has been commingled with other property which cannot
4          be subdivided without difficulty;
5  it is the intent of the United States, pursuant to Title 18, United
6  States Code, Section 982(b) to seek forfeiture of any other property
7  of the defendants up to the value of the said property listed above
8  as being subject to forfeiture.
9  All in violation of Title 18, United States Code, Section 982(a)(6)
10 and Title 8, United States Code, Section 1324(b).
11 DATED: March 23, 2012.

                              LAURA E. DUFFY
                              UNITED STATES ATTORNEY

                              CHARLOTTE E. KAISER
                              ASSISTANT U.S. ATTORNEY