MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs FRANCISCO MARTINEZ & SUSANA CRUZ-MARTINEZ          No. 12CR1112-H

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on _____ and ended on _____ ; (      )
              __3-23-12__      and ended on __7-9-12__         . (XK/XTl)

**3161(h)**

| Code | Section | Description | Letter |
|---|---|---|---|
| ___ | (1)(A) | Exam or hrg for **mental or physical incapacity** | A |
| ___ | (1)(B) | State or Federal trials or **other charges pending** | C |
| ___ | (1)(C) | **Interlocutory appeals** | D |
| ___ | (1)(D) | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___ | (1)(E) | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| ___ | (1)(H) | **Proceedings under advisement** not to exceed thirty days | G |
| ___ |  | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___ | (1)(F) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | J |
| ✓ | (1)(G) | Consideration by Court of **proposed plea agreement** | (K) |
| ___ | (2) | **Prosecution deferred** by mutual agreement | I |
| ___ | (3)(A)&(B) | **Unavailability of defendant** or **essential witness** | M |
| ___ | (4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___ | (5) | **Superseding indictment and/or new charges** | P |
| ___ | (6) | **Defendant awaiting trial of co-defendant**, no severance has been granted | R |
| ___ | (7)(A)&(B) | **Continuance**s granted per (h)(7)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___ | (7)(B)(i) | 1) Failure to grant a **continuance** in the proceeding would result in a a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** | (T1) |
| ✓ |  | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)** |  |
| ___ | (7)(B)(ii) | 3) **Case** unusual or **complex** | T2 |
| ___ | (7)(B)(iii) | 4) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| ___ | (7)(B)(iv) | 5) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** | T4 |
| ___ | 3161(8)(i) | Time up to **withdrawal of guilty plea** | U |
| ___ | 18:3161(b) | **Grand jury indictment time extended** thirty (30) more days | W |

Date __3/23/12__                                    _____
                                                    Judge's Initials