```
 1  LAURA E. DUFFY
    United States Attorney
 2  CHARLOTTE E. KAISER
    Assistant United States Attorney
 3  California State Bar No. 256356
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619-546-7292
    charlotte.kaiser@usdoj.gov
 6

 7  Attorneys for Plaintiff
    United States of America
 8
                     UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,      )   Case No. 12CR1112-H
11                                 )
                   Plaintiff,      )
12                                 )   NOTICE OF APPEARANCE
              v.                   )
13                                 )
    FRANCISCO MARTINEZ and         )
14  SUSANA CRUZ MARTINEZ,          )
                                   )
15                 Defendants.     )
                                   )
16  _____  )

17
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
18
          I, the undersigned attorney, enter my appearance as lead
19
    counsel in the above-captioned case.  I certify that I am admitted to
20
    practice in this court or authorized to practice under CivLR 83.3.c.3-
21
    4.
22
          There are no other government attorneys associated with this
23
    case who should be listed as lead counsel for CM/ECF purposes, and who
24
    should receive all Notices of Electronic Filings relating to activity
25
    in this case.
26
    //
27
    //
28
    //
```

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U.S. Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: March 28, 2012.

>LAURA E. DUFFY
>United States Attorney
>
>s/Charlotte E. Kaiser
>CHARLOTTE E. KAISER
>Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR1112-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| FRANCISCO MARTINEZ and | ) | |
| SUSANA CRUZ MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED that:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 28, 2012, and this Certificate of Service, dated March 28, 2012, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Michael McCabe, Attorney for Defendant Francisco Martinez; and

John Cotsirilos, Attorney for Defendant Susana Cruz Martinez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2012.

/s/ Charlotte E. Kaiser
CHARLOTTE E. KAISER