# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12CR1112-H |
| Plaintiff, | ORDER ACCEPTING PLEA |
| v. | |
| FRANCISCO MARTINEZ (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

DATED: April 17, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

12CR1112-H